No. 292. PORT ANGELES & WESTERN RAILWAY Co. ET AL. *v.* ARNHOLD ET AL. C. A. 9th Cir. Certiorari denied. *Donald A. Schmechel* for petitioners. █

No. 295. RUTLAND RAILWAY CORP. *v.* DEBEVOISE, ATTORNEY GENERAL OF VERMONT, ET AL. C. A. 2d Cir. Certiorari denied. *Donald L. Wallace* for petitioner. *Thomas M. Debevoise* and *John D. Carbine* for respondents.

No. 296. CHRYSLER CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Theodore Pearson* and *John J. Costello* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent. █

No. 302. HYLAND ET AL. *v.* WATSON ET AL. C. A. 6th Cir. Certiorari denied. *William R. Coen* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for respondents. █

No. 305. MISSISSIPPI VALLEY BARGE LINE Co. *v.* INLAND WATERWAYS SHIPPERS ASSN. ET AL. C. A. 8th Cir. Certiorari denied. *James M. Douglas, Robert Neill, Charles Kohlmeyer, Jr.* and *George B. Matthews* for petitioner. *Wilder Lucas* for respondents. █

No. 307. LEWIS, ALIAS ERLICH, *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent. █